# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR TEMPORARY** |
| | ) | **RELEASE OF RICKY GEORGE SHERVEN** |
| vs. | ) | |
| | ) | |
| Ricky George Sherven, | ) | Case No. 4:13-cr-065 |
| | ) | |
| Defendant. | ) | |

The defendant, Ricky George Sherven, shall be temporarily released from the Burleigh County Detention Center in Bismarck, North Dakota, to the custody of Miranda Young Bird, no earlier than Monday, May 20, 2013 at 8:00 A.M. (CST). The defendant is being released to attend a chemical dependency evaluation scheduled for May 20, 2013 at 8:30 A.M. at the Heartview Foundation in Bismarck, North Dakota. The defendant shall return to the Burleigh County Detention center immediately upon completion of the evaluation. The defendant shall refrain from using any alcohol or illegal substances while released from the correctional facility. The failure of defendant to report back to the correctional facility will result in the issuance of a warrant for his arrest.

Dated this 17th day of May, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court